FORM TO BE USED BY FEDERAL PRISONERS FILING A PETITION
FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT FOR THE

WAYNe A BECKFoRd #23611-265
Federal deTeuTion CenTeR
P.O Box # 5010      05-11448
Oakdale LA 71464  Referred to MJ RoCollings

(Name, prison number, and address or
place of confinement of Petitioner),

Petitioner,

vs.

Case Number:

(To be assigned by Clerk)

SJC Appeal CourT
BosTon MASS

(Name of warden or other official
having custody of Petitioner),

Respondent.

HABEAS APPLICANTS MUST COMPLETE THIS ENTIRE FORM

1

PLEASE COMPLETE THE FOLLOWING (check where applicable):

1. This petition concerns:

   (a) __✓__ a conviction

   (b) _____ a sentence

   (c) _____ jail or prison conditions

   (d) _____ prison discipline

   (e) _____ parole

   (f) _____ other (explain) _____

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

   (a) Name(s) and location(s) of court: _ZIP 01701-8003_
   _FRAmingham District Court_
   _600 Concord St. Po Box 1969, FRAmingham mass_

   (b) Case number(s): _0149 CR 1768_

   (c) Nature of the charge(s) for which you were convicted:
   _Drug distribute / School, park Violation_

   (d) The conviction followed your plea of ___ guilty, _✓_ not guilty, or ___ nolo contendere.

(e) Did you appeal the conviction or sentence? ✓ Yes, ___ No. If yes, state the date, outcome, and number assigned to the appeal: 4/27/05. conviction upheld 2004-379

3. Are you currently represented by counsel in this case or any other court case? ___ Yes, ✓ No.

4. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised, and provide the information regarding exhaustion under your summary of facts. You may attach additional pages, if necessary. Conclusions which are not supported by specific facts are insufficient. Do not cite any law in your statement of facts.

CAUTION: An application for writ of habeas corpus by a prisoner authorized to apply for relief by motion under 28 U.S.C. § 2255 will not be entertained by the court unless it appears that the remedy by § 2255 motion is inadequate. Therefore, IF any of the grounds raised below challenge the validity of your conviction or sentence as imposed by the sentencing court, YOU MUST COMPLETE ITEM 5. If they do not, you may skip item 5.

(a) GROUND ONE: officer Testifie That he was Shown picture Throat The investigation, I requested picture. And The were not produce

SUPPORTING FACTS: Trascrips Testimony of pictures and drugs. They kept it for a year and a half before securing. Judge allow it in to evedent. Case should have been sever. They should not have been tryed together (propensit) evedent. Judge dinied the Required Finding.

EXHAUSTION: Have you presented ground one to the Bureau of Prisons, or in any other administrative or judicial proceeding? ___ Yes, ✓ No. If yes, provide the number(s) assigned to the proceeding, the result(s), and the date(s) of the result(s) of that proceeding, including any appeals:

_____
_____
_____
_____

(b) GROUND TWO: The officer did not secure the drugs properly. They keep it for 1½ before it was put in a vault

4

5. If any of the grounds raised above challenge your conviction or sentence imposed by the sentencing court:

    (a) Explain in the space below why your remedy under 28 U.S.C. § 2255 is inadequate or ineffective to test the legality of your detention:

My Constitution Right we Violated

A injustic was up held

    (b) State whether you have ever filed a § 2255 motion and the result:

NO

6. WHEREFORE, based on the grounds raised above, Petitioner prays that the court will grant the following relief:

← VACATED →

_____

_____

_____

## DECLARATION

I declare under penalty of perjury that I have read the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed ___6-28-05___, at ___FDC. onkдato  ЅA___
          (date)                      (place)

by _____[signature]_____
                Petitioner

_____
Signature of Attorney (if applicable)

Note: If you have not paid the $ 5.00 filing fee, you must also submit an application to proceed in forma pauperis, which must also be signed under penalty of perjury.

9

11. List any debts you have and the amount owed.

| Creditor | Amount Owed |
|---|---|
| child Support | 10,000 |

12. List your monthly living expenses.

$50.00

personal Hygene

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

_Wayne a Beckford_
(Signature of Applicant)

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ -0- in his/her drawing account and $ -0- in his/her savings account at this institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution:

I further certify that during the last six months the applicant's average balance was $ -0- .

F.D.C. Oakdale
Name of Institution

P.O. Box 5060 Oakdale, LA 71463
Address of Institution

318-335-4466
Phone Number of Institution

R. Firmin
Printed Name of Authorized Officer

_R Firmin_
Signature of Authorized Officer