# United State District Court

In the matter of
Wayne Anthony Beckford
Petitioner.

Appeals Courts Docket No.
2004-P-0377.

Entered on.
March 12. 2004

Supreme Judicial Court
Affirmed. April 27. 2005

## Petition For Review.

Habeas Corpus Petition.

Now comes the petitioner Wayne A Beckford and request this Honerable Court to grant this Petition.
I Wayne A. Beckford declares and affirms under penalty of perjury that a, injustice of that law have occur. My constitution right were violated.

*Wayne A Beckford* (signature)

I am Requesting, This Honerable Court To Send me The proper Forms Needed. And could you Enter A Docket Number on This Case

mailing address
Wayne A Beckford
#23611-265
Federal Detention center
oakdale LA
71463-5010.

Justice need To be Down Please Look AT This Case. Look AT Breef From The SJC Files.

Thank you
Wayne Beckford