UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WAYNE ANTHONY BECKFORD,
           Petitioner

v.                                    Civil Action No. 05-11448-RWZ

SJC APPEAL COURT,
           Respondent.

ORDER FOR DISMISSAL

ZOBEL, D.J.

      In accordance with the Memorandum and Order dated July 15, 2005 directing dismissal of the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

                                            /s/ Lisa Urso
                                            Deputy Clerk

July 15, 2005