UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA 05-11448-RWZ

WAYNE A. BECKFORD
          PETITIONER

V

SJC APPEAL COURT
          Respondent,

RECEIVED
Clerk's Office
USDC, Mass.
Date 8-1-05
By LMG
Deputy Clerk

Now comes Wayne A Beckford, Petitioner and request Relief Writ of Coram Nobis. Petitioner Alleges That he pled not guilty to charges That was upheld by The Appeals Court, on April. 27, 05. Petitioner Alleges That an, Injustice of The Law was Down.

Werefor Petitione Request a Civil Action Docket be File with This Application.

Wayne a Beckford

APPEALS #
04-P-337

## APPLICATION OF FORM FEE WAIVER REQUEST
## AFFIDAVIT

I declare under the penalty of perjury that the foregoing is true and correct:

1. I am currently incarcerated.
2. I am indigent and cannot afford the fee to prosecute this application or form.
3. My salary or wages from prison labor is  -0-  .
4. I believe I am entitled to the relief requested.
5. I affirm under penalty of perjury that this information is true and correct pursuant to 28 U.S.C. § 1746.

x _____
signature