United State District Court
District of Massachusetts

Wayne Anthony Beckford
    Petitioner

### Affidavit of Wayne A. Beckford

I Wayne Anthony Bechford, under oath stat as follows. On June 4, 2003, I was convicted in Framingham Mass. Framingham district court Docket number. 0149-CR-1768. On June 17, 2003, petitioner appeals, to the appeals court. Docket number 200 .p. 377 conviction was uphold. April 27, 2005
Petitioner have exhausted the state courts.

Petitioner, Wayne Anthony Bechford, asserts, that he was wrongly, convicted.

Petitioner state that his rights under Article Twelv of the Declaration. United States Constitution, Fifth Amendment Sixth amendment and Fourteenth Amendment, we e all violated.

Petitioner now seek to have his Massachusetts conviction vacated.

The appeals courts. have ignore legal precede t on cases. E Comonwealth v O'Toole, Comonwealth v. Vardinski, and other.

① The prosecution failure to produce photograp use to identify, him, violated his right to fair trial. E Petitioner was nerver identif in any of the police reports.

② The trial court abused its discretion in failing to sever charges.

when an incriminating statement was in evidence.

③ The Trial Judge instructing the Jury on Joint Enterprise Theory for November 27, 1994.

Petitioner now Respectfully Request this honorable Court, To not Let The Errows Stand.

Petitioner Request a Writ of Errow Coram Nobis. Petitioner is also Asking This Court To Entertain This Writ.

And Any changes seems Fit, To proceed.

Petition claims he is indigen and can't pay for a Lawyer.

Please help.

*[signature]*