UNITED STATES DISTRICT COURT

Please Transfer to 28 USC §2254

In the Matter of
Wayne Anthony Beckford
Framingham District Court
Docket # 0149CR1768
Appeals Court # 2004-P-377

/s/ Wayne a B

Affidavit of Wayne A Beckford

Under oath, and penalties of perjury. I state that my name is Wayne Anthony Beckford. Pursuant to 28 USC §2254. I respectfully write this court for the reasons set forth, respectfully asks this court to vacate or dismiss the charges against him or alternatively order a new trial be granted.

Argument.
(1) The prosecutions failure to produce photographs used to identify Mr Beckford. Violated his right to a fair trial and his due process rights.
(2) The trial court erred in instructing the jury on joint enterprise theory for the November 27, 1999 count. Were the prosecution never advanced such a theory and the evidence could not support the instruction.
(3) The trial court abused its discretion in failing to sever the charges. Where the multiple offenses did not constitute a single line of conduct. An incriminating statement was in evidence. For one of the counts. And were each count was used to prove guilt on the other.
(4) The scant evidence failed to establish the defendant Wayne Beckford, posession and distribution of drugs. And was susceptible to equally compatable theories of innocence.

...otographs of Mr Beckford Throughout the investigation
...ut on his police report he wrote he saw
...lack man.

Indeed because the identification could not take place
after he allegedly witnessed the perpetrator at
the scenes. When he had photographs of Mr Bickford
The clear indication is that the missing photographs
prompted officer Blass conclusion.

(a) Article 12, Massachusetts Decleration of Right
    were violated.
(B) Fourteenth Amendment
(c) Sixth Amendment       } were violated
(D) Fifth Amendment

Motion to sever were denied.
Accordingly, the joinder created prejudice to the
defendant, Wayne A Beckford. An incriminating
statment was in evidence for one of the count
Such a argument and Ruling by the district Judge
and the prosecution. Prior crimes being used to show
Guilty by way of Criminal propensity.

See Triplett 398 Mass at 562

For the resons set above I Wayne A
Beckford pray this court vacate the

conviction

Petitioner Beckford is in deportation proceeding because of this wrongfuly conviction

The Lower Cour over look clear precedent case law,

Beckford has a wife of 18yr with Three children, Natasha Beckford 15yr, Wayne Beckford Jr 12yr and Brandon Beckford 7yr Petitione lost his Mother December 21, 1997 and suffered from psychosis and psycological problem. he was alleged to comit these crime in 1999, while under mental health care.

he was charge with did knowingly or intentionally distribute a class B. substance, Medical Record state he coul not have knowing or intentionall. he was under the experance of psychosis. in and out of Riality.

Wayne Beckford